# IN THE SUPREME COURT OF ALABAMA



## December 19, 2025

SC-2025-0170

Ex parte Burt Newsome and Newsome Law, LLC  PETITION FOR WRIT OF MANDAMUS (In re: Burt Newsome and Newsome Law, LLC v. Matrix, LLC, an Alabama limited liability company, et al.) (Jefferson Circuit Court: CV-24-901173).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

STEWART, C.J. -- Shaw, Wise, Bryan, Sellers, Mendheim, McCool, and Parker, JJ., concur. Cook, J., recuses himself.

**Witness my hand on December 19, 2025.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**